# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENARD TRUMAN POLK,<br><br>　　　　　　　　Petitioner,<br>v.<br>STEVEN B. WOLFSON, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:24-cv-00081-RCJ-CLB<br><br>**ORDER** |

Petitioner seeks an extension of time to comply with the Court's order instructing Petitioner to file a complete IFP application or to pay the $5 filing fee. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's first motion for enlargement of time (ECF No. 5) is granted. Petitioner has until June 1, 2024, to file a complete IFP application or to pay the $5 filing fee.

DATED this __25th___ day of April 2024.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE