# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENARD TRUMAN POLK, | Case No. 3:24-cv-00081-ART-CLB |
| Petitioner, | |
| v. | **ORDER** |
| STEVEN B. WOLFSON, *et al.*, | |
| Respondents. | |

Petitioner moves for an extension of time (ECF No. 27) to file his amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's second unopposed motion for enlargement of time (ECF No. 27) is granted. Petitioner has until September 8, 2025, to file his amended petition.

Dated this 1st day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE