# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENARD TRUMAN POLK,<br><br>　　　　　　　　Petitioner,<br>　v.<br>STEVEN B. WOLFSON, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:24-cv-00081-ART-CLB<br><br>**ORDER** |

Petitioner moves for an extension of time (ECF No. 30) to file his amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's third unopposed motion for enlargement of time (ECF No. 30) is granted. Petitioner has until January 3, 2026, to file his amended petition.

DATED this 28th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE