**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RENARD TRUMAN POLK,

Petitioner,

v.

STEVEN B. WOLFSON, *et al.*,

Respondents.

Case No. 3:24-cv-00081-ART-CLB

**ORDER**

Following the Court's prior order granting Petitioner Renard Truman Polk's Motion to Stay, and counsel's Motion to Withdraw (ECF No. 37),

**IT IS THEREFORE ORDERED** that the following panel attorney is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B) & (c), *nunc pro tunc* to June 11, 2026:

Randal McDonald
Law Office of Randal B. McDonald
112 N. Central Ave., Ste 100
Phoenix, AZ 85004
(602) 325-3092
randy@rbmcdonaldlaw.com

Counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw. It is further ordered that counsel will have 14 days from entry of this order to enter a notice of appearance in this matter.

It is further ordered that Petitioner will have 30 days from entry of this order to file a status report.

DATED this 17th day of July, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE